UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KIM RAGLAND, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 14-0458 (RBK) (KMW) |
| | : | |
| v. | : | **MEMORANDUM ORDER** |
| | : | |
| COMMISSIONER GARY M. LANIGAN, et al. | : | |
| | : | |
| Defendants. | : | |

On June 4, 2014, the Court proceeded the complaint in part against defendants Gary Lanigan, Evelyn Davis and Ms. Quinones[1] on plaintiff's due process claim. The Clerk was then ordered to issue summons and the U.S. Marshal was ordered to serve the summons and copies of the complaint on the three defendants. On July 23, 2014, the summons as to Ms. Quinones was returned as unexecuted as it did not include her full name. Subsequently, plaintiff has submitted a motion to amend his complaint so that it includes the full name of this defendant as Debra Quinones. The Court will grant this motion to amend.

Accordingly, IT IS on this  16th  day of  August,  2014,

ORDERED that plaintiff's motion to amend (Dkt. No. 12.) is granted and the Clerk shall replace Ms. Quinones with Debra Quinones as a named defendant in the caption on the docket; and it is further;

ORDERED that pursuant to 28 U.S.C. § 1915(d), the Clerk shall issue a summons and the U.S. Marshal shall serve the summons, a copy of the complaint (Dkt. No. 1.), a copy of June 4, 2014 Opinion and Order (Dkt. Nos. 7 & 8.) and this Memorandum Order upon defendant Debra Quinones, with all costs of service advanced by the United States; and it is further

---

[1] The original complaint did not include the first name of defendant Quinones.

ORDERED that pursuant to 42 U.S.C. § 1997e(g)(2), defendant Debra Quinones shall file and serve a responsive pleading within the time specified by FED. R. CIV. P. 12; and it is further

ORDERED that the Clerk shall serve the Opinion and Order on plaintiff by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
