NOT FOR PUBLICATION                                                                                    (Doc. No. 33)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| Kim RAGLAND, | : |
| Plaintiff, | : Civil No. 14-0458 (RBK/KMW) |
| v. | : **ORDER** |
| COMMISSIONER Gary M. LANIGAN, SUPERINTENDENT Evelyn DAVIS, and Debra QUINONES, | : |
| Defendants. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on *pro se* Plaintiff Kim Ragland's Motion for Default Judgment (Doc. No. 33), and the Court having considered the moving papers, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED**.

Dated:   09/24/2015                                                                            s/ Robert B. Kugler

                                                                                                              ROBERT B. KUGLER

                                                                                                              United States District Judge